**L. O. Whybark Co., Inc., a Corporation, Plaintiff-Appellant, v. James H. Haley, Defendant-Appellee.**

**Gen. No. 11,600.**

Second District, Second Division.

September 4, 1962.

Reno, Zahm, Folgate & Skolrood, of Rockford, for appellant. No appearance or briefs filed for appellee. Opinion by PRESIDING JUSTICE WRIGHT. Not to be published in full.